AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Spectrum UA Credit LLC, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-01090-AHA (D.D.C.) |
| Ukraine, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Spectrum UA Credit LLC and Geno Pikulik                                                    .

Date:     06/08/2026

/s/ Chris J. Chasin
*Attorney's signature*

Chris J. Chasin (IL ARDC# 6317466)
*Printed name and bar number*

Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603

*Address*

CJChasin@duanemorris.com
*E-mail address*

(312) 499-6700
*Telephone number*

(312) 277-6419
*FAX number*