AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Spectrum UA Credit LLC, et al<br>*Plaintiff*<br>v.<br>Ukraine, et al<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No.    26-cv-01090-AHA (D.D.C.) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Spectrum UA Credit LLC and Geno Pikulik

Date:     06/08/2026

*Attorney's signature*

Owen K. Newman (ARDC# 6327374)
*Printed name and bar number*

Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603

*Address*

OKNewman@duanemorris.com
*E-mail address*

(312) 499-6700
*Telephone number*

(312) 277-5207
*FAX number*