IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRUM UA CREDIT LLC and GENO PIKULIK, individually and as a member of Spectrum UA Credit LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UKRAINE, THE NATIONAL BANK OF UKRAINE, THE DEPOSIT GUARANTEE FUND, AND THE SECURITY SERVICE OF UKRAINE,<br><br>Defendants. | Case No. 1:26-cv-1090 |

**STATUS REPORT BY SPECTRUM UA CREDIT LLC AND GENO PIKULIK**

Plaintiffs Spectrum UA Credit LLC and Geno Pikulik, by and through their counsel, provide the following status update on their efforts to serve the defendants.

The Complaint in this case was filed on March 31, 2026, and summons were issued on that same date. On May 7, 2026, the final package containing the requisite FSIA Notice of Suit with Codes attachment, Summons, Complaint, Civil Cover Sheet, and accompanying Ukrainian translations of all of those documents were issued to the Ministry of Justice of Ukraine so that the Ministry of Justice could serve them upon the defendants to this action in accordance with the Hague Service Convention and the Foreign Sovereign Immunities Act.

Under the Hague Convention the Ministry of Justice has no deadline by which to serve these documents and no obligation to provide the status of its efforts at service. At present, there has been no indication that the Ministry of Justice has served this action upon the Defendants.

Although the Ministry of Justice has not served the Defendants, there has been some engagement between Plaintiffs and Defendants. For example, Defendants' response to a recent public records request submitted by counsel in Ukraine demonstrates that the government of

Ukraine is aware of this action, that it has formed an Interdepartmental Working Group led by Deputy Minister of Justice of Ukraine Liudmyla Petrivna.

Additionally, in July 2026, Plaintiffs directly exchanged correspondence with the Director of the International Disputes Department of the Ministry of Justice of Ukraine, Liliia Havryshenko, in connection with a separate arbitration proceeding before the International Centre for Settlement of Investment Disputes (ICSID), regarding Ukraine's repeated delays in retaining counsel and participating in the arbitration. Through such correspondence, Plaintiffs have reiterated their requests for Defendants to halt their wrongful actions against Plaintiffs which gave rise to this separate action. Nonetheless, Defendants have escalated their actions while requesting successive extensions of time to respond to the arbitration (and not acknowledging service of this Complaint).

Plaintiffs will provide a further update to the Court once confirmation of service upon any of the defendants by the Ministry of Justice is received.

Dated: August 3, 2026

/s/ *Owen K. Newman*

Brian H. Pandya (DC Bar No. 501661)
DUANE MORRIS LLP
901 New York Avenue NW
Suite 700 East
Washington, DC 20001-4795
Telephone: +1 202 776 7800
Facsimile: +1 202 776 7801

Owen K. Newman
Chris J. Chasin
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: +1 312 499 6700
Facsimile: +1 312 499 6701

Attorneys for Spectrum UA Credit LLC and Geno Pikulik