IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECTRUM UA CREDIT LLC and GENO PIKULIK, individually and as a member of Spectrum UA Credit LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UKRAINE, THE NATIONAL BANK OF UKRAINE, THE DEPOSIT GUARANTEE FUND, AND THE SECURITY SERVICE OF UKRAINE,<br><br>Defendants. | Case No. 1:26-cv-1090 |

**STATUS REPORT BY SPECTRUM UA CREDIT LLC AND GENO PIKULIK**

Plaintiffs Spectrum UA Credit LLC and Geno Pikulik, by and through their counsel, provide the following status update on their efforts to serve the defendants.

The Complaint in this case was filed on March 31, 2026, and summons were issued on that same date. On May 7, 2026, the final package containing the requisite FSIA Notice of Suit with Codes attachment, Summons, Complaint, Civil Cover Sheet, and accompanying Ukrainian translations of all of those documents were issued to the Ministry of Justice of Ukraine so that the Ministry of Justice could serve them upon the defendants to this action in accordance with the Hague Service Convention and the Foreign Sovereign Immunities Act.

Under the Hague Convention the Ministry of Justice has no deadline by which to serve these documents and no obligation to provide the status of its efforts at service. At present, there has been no indication that the Ministry of Justice has served this action upon the Defendants. The last information received was notice that, as of July 30, 2026, the service request had been transmitted to a court in Ukraine as part of Ukraine's internal process.

Although the Ministry of Justice has not served the Defendants, there has continued to be engagement between Plaintiffs and Defendants. As noted in Plaintiffs' last status report the government of Ukraine had formed an Interdepartmental Working Group led by Deputy Minister of Justice of Ukraine Liudmyla Petrivna and was in the process of retaining counsel in connection with this matter. On September 8, 2026, the Ministry of Justice informed Plaintiffs that Queritius would be appearing on its behalf in connection with a separate arbitration proceeding before the International Centre for Settlement of Investment Disputes (ICSID). Queritius has since actively engaged in that proceeding to select the tribunal and brief a provisional measures application, but has not indicated that it is authorized to appear in connection with this litigation.

Plaintiffs will provide a further update to the Court once confirmation of service upon any of the defendants by the Ministry of Justice is received.

Dated: October 16, 2026

*/s/ Owen K. Newman*

Brian H. Pandya (DC Bar No. 501661)
DUANE MORRIS LLP
901 New York Avenue NW
Suite 700 East
Washington, DC 20001-4795
Telephone: +1 202 776 7800
Facsimile: +1 202 776 7801

Owen K. Newman
Chris J. Chasin
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: +1 312 499 6700
Facsimile: +1 312 499 6701

Attorneys for Spectrum UA Credit LLC and Geno Pikulik