IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SPECTRUM UA CREDIT LLC and GENO PIKULIK, individually and as a member of Spectrum UA Credit LLC,

Plaintiffs,

v.

UKRAINE, THE NATIONAL BANK OF UKRAINE, THE DEPOSIT GUARANTEE FUND, AND THE SECURITY SERVICE OF UKRAINE,

Defendants.

Case No. 1:26-cv-1090

**STATUS REPORT BY SPECTRUM UA CREDIT LLC AND GENO PIKULIK**

Plaintiffs Spectrum UA Credit LLC and Geno Pikulik, by and through their counsel, provide the following status update on their efforts to serve the defendants.

Plaintiffs have received confirmation that the National Bank of Ukraine was served through its representative on September 7, 2026.[1] The Certificate of Service, including an English translation has been separately filed on the docket.

At present, there has been no indication that the Ministry of Justice has served this action upon the remaining Defendants. Plaintiffs will provide further updates to the Court in accordance with its October 19, 2026, Order or as additional defendants are confirmed to have been served.

Dated: November 5, 2026

*/s/ Owen K. Newman*

[1] Plaintiffs do not have an explanation for the Ministry of Justice's delay in providing notification of this service. Plaintiffs received the documents establishing that service had been completed on October 28, 2026, and received the required certified translations of those documents on the date of this submittal.

Brian H. Pandya (DC Bar No. 501661)
DUANE MORRIS LLP
901 New York Avenue NW
Suite 700 East
Washington, DC 20001-4795
Telephone: +1 202 776 7800
Facsimile: +1 202 776 7801

Owen K. Newman
Chris J. Chasin
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: +1 312 499 6700
Facsimile: +1 312 499 6701

Attorneys for Spectrum UA Credit LLC and Geno Pikulik