AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

SPECTRUM UA CREDIT et al.
*Plaintiff*
v.
UKRAINE et al.
*Defendant*

Case No. 1:26-cv-01090-AHA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ukraine, The National Bank of Ukraine, The Deposit Guarantee Fund, and The Security Service of Ukraine .

Date: 11/06/2026

/s/ Zachary P. Lundgren
*Attorney's signature*

Zachary P. Lundgren (DC Bar No. 90012330)
*Printed name and bar number*

Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006
*Address*

zachary.lundgren@hklaw.com
*E-mail address*

(202) 469-5580
*Telephone number*

(202) 955-5564
*FAX number*